In the Matter of the TOWN OF NEW HARLEM, Appellant. TITLE GUARANTEE AND TRUST COMPANY, Respondent.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SOL WOLK et al., Respondents, v. JACOB BRETTLER, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN J. CANEVARI, Respondent, v. THE NEW YORK EDISON COMPANY, Defendant. WILLIAM J. RAPP, Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MILAN HODZA, Appellant, v. OVERSEAS NEWS AGENCY, INC., Respondent, Impleaded with Others.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

In the Matter of VERINDA BROWN, Respondent. MAJOR J. DIVINE, Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [179 Misc. 221.]

JOSEPHINE PARKAS, Appellant, v. PETER PARKAS, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer and Dore, JJ., dissent and vote to modify by directing defendant to furnish plaintiff with one copy of the stenographic minutes of the trial.

In the Matter of ROSE SHERMAN, Respondent, against HARRY SHERMAN, Appellant.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FUR RESEMBLING FABRICS, INC., Respondent, v. VANETTA VELVET CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HANNAH JACOBS, Appellant, v. ROSE JACOBS et al., Defendants, and ROBERT I. LENNOX, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.